UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHARLES LIGGINS, et al. | No. 21 CR 618<br><br>Honorable Martha M. Pacold |

### JOINT STATUS REPORT

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully submits this joint status report pursuant to the Court's Order dated June 30, 2022. R. 100.

**I.     Summary of the Charges**

On September 30, 2021, defendants Charles Liggins, Kenneth Roberson, Tacarlos Offerd, Christopher Thomas, and Marcus Smart were charged in a seven-count indictment with murder in aid of racketeering activities, in violation of Title 18, United States Code, Section 1959(a)(1) (Count 1); using, carrying, brandishing, and discharging a firearm during and in relation to a crime of violence, namely, murder in aid of racketeering activities; and causing the death of a person through the use of the firearm, in violation of Title 18, United States Code, Section 924(j)(1) (Count 2); conspiracy to commit murder in aid of racketeering activities, in violation of Title 18, United States Code, Section 1959(a)(5) (Count 3); assault with a deadly weapon in aid of racketeering activities, in violation of Title 18, United States Code, Section 1959(a)(3) (Counts 4 and 6); and using, carrying, brandishing, and discharging a firearm during and in relation to a crime of violence, namely, assault

with a deadly weapon in aid of racketeering activities, in violation of Title 18, United States Code, Section 924(c)(1)(A) (Counts 5 and 7). *See* R. 1.

II.     **Progress of Discovery**

The government made an initial discovery production to the defendants on October 28, 2021, followed by additional discovery productions to the defendants on March 7, 2022, and April 4, 2022. Defendants and their counsel are still reviewing the discovery productions, two of which were large productions.

Due to the nature of the charges and the ongoing nature of the investigation, the government may supplement its Rule 16 discovery productions between now and the resolution of this matter.

III.    **Request to Set a Final Pretrial Conference for September 18, 2023**

The parties request that the Court schedule a final pretrial conference for September 18, 2023.

IV.     **Pretrial Schedule**

During the status conference on June 29, 2022, and in the following Order on June 30, 2022, the Court asked the parties to confer and propose a schedule for the filing of pretrial motions and other pretrial filings. *See* R. 100. The Court also directed the parties to inform the Court if the parties needed additional time to propose a schedule. *See id.* The parties request additional time to file pretrial motions under Federal Rule of Criminal Procedure 12, and further request that the parties propose a schedule for: (1) the filing of such pretrial motions; (2) the submission of expert

disclosures to opposing counsel; and (3) the filing of any motions under *Daubert* and/or Federal Rule of Evidence 702, in the next status report.

Notwithstanding, the parties propose the following schedule for the filing of the following pretrial submissions:

(1) On or before July 3, 2023, the government shall file (A) any *Santiago* proffer and (B) any notice of intent to use evidence under Federal Rule of Evidence 404(b).

(2) On or before July 24, 2023, the parties shall file (A) a joint statement of the case; (B) proposed jury instructions; (C) motions *in limine*; (D) any proposed *voir dire* questions; (E) a preliminary witness list; and (F) a preliminary exhibit list. The parties shall also submit a Word version of their proposed jury instructions, verdict forms, and proposed *voir dire* questions to the Court's proposed order email inbox.

(3) On or before August 24, 2023, the parties shall file: (A) responses to motions *in limine*; (B) objections to proposed jury instructions; (C) objections to proposed *voir dire* questions; (D) any response to a 404(b) notice or a *Santiago* proffer; and (E) any objection to a witness or proposed exhibit.

(4) Any replies in support of the above submissions shall be filed on or before September 1, 2023.

**V.    The Court Has Excluded Time through October 2, 2023**

During the status conference on June 29, 2022, the defendants agreed to exclude time under the Speedy Trial Act through the trial date in the interests of justice due to the complex nature of the prosecution, and to allow the defendants reasonable time necessary for effective preparation of their defense to the charges.

Thereafter, the Court entered an Order excluding time through October 2, 2023. *See* R. 100.

The government conferred with counsel of record for the defendants in drafting this joint status report, and counsel for defendants agree to the submission of this joint status report.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:     */s/ Jason A. Julien*
JASON A. JULIEN
ALBERT BERRY III
ANN MARIE E. URSINI
Assistant United States Attorneys
219 S. Dearborn Street, Rm. 500
Chicago, Illinois 60604
(312) 886-4156

## **CERTIFICATE OF SERVICE**

  I, Jason A. Julien, an attorney, certify that I served a copy of the foregoing Joint Status Report by filing the same using the CM/ECF System, and that a copy will be provided to all parties of record designated to receive notice.

        Respectfully submitted,

        JOHN R. LAUSCH, JR.
        United States Attorney

By:  */s/ Jason A. Julien*
    JASON A. JULIEN
    ALBERT BERRY III
    ANN MARIE E. URSINI
    Assistant United States Attorneys
    219 S. Dearborn Street, Rm. 500
    Chicago, Illinois 60604
    (312) 886-4156