UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                Case No.: 1:21−cr−00618
                                                        Honorable Martha M. Pacold

Charles Liggins, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 3, 2022:

      MINUTE entry before the Honorable Martha M. Pacold: as to Charles Liggins, Kenneth Roberson, Tacarlos Offerd, Christopher Thomas, Marcus Smart: The court has reviewed the parties' joint status report [101]. The court adopts the parties' proposed pretrial schedule. Pretrial conference set for 9/18/23 at 10:00 a.m. in Courtroom 1425. By 7/3/23, the government shall file (A) any Santiago proffer and (B) any notice of intent to use evidence under Federal Rule of Evidence 404(b). By 7/24/23, the parties shall file (A) a joint statement of the case; (B) proposed jury instructions; (C) motions in limine; (D) any proposed voir dire questions; (E) a preliminary witness list; and (F) a preliminary exhibit list. The parties shall also submit a Word version of their proposed jury instructions, verdict forms, and proposed voir dire questions to the Court's proposed order email inbox. By 8/24/23, the parties shall file: (A) responses to motions in limine; (B) objections to proposed jury instructions; (C) objections to proposed voir dire questions; (D) any response to a 404(b) notice or a Santiago proffer; and (E) any objection to a witness or proposed exhibit. Any replies in support of the above submissions shall be filed by 9/1/23. The parties have requested additional time to propose a schedule for the filing of: (1) pretrial motions pursuant to Federal Rule of Criminal Procedure 12; (2) the submission of expert disclosures to opposing counsel; and (3) the filing of any Daubert or Rule 702 motions. The parties should propose a schedule for these filings in the next status report or indicate whether they need more time to confer on a schedule for these filings. The government shall confer with defendants' counsel and file an updated status report before 4:00 p.m. on 9/15/2022 with an update on the status of the case and including any request for a further status hearing, change of plea hearing, or trial. The status report should include a summary of the defense position on the status of the case, including whether the defense intends to file pretrial motions and objects to the exclusion of time under the Speedy Trial Act. Time remains excluded, without objection, through 10/2/23 for the reasons previously stated [100]. Mailed notice (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of

Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.