

AT&T
11760 US HWY 1, SUITE 300
NORTH PALM BEACH FL 33408

(800) 635-6840
(888) 938-4715 (Fax)

## <u>CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)</u>

I, **Nicholas DeRoy**, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by **AT&T**, and my title is **Legal Compliance Analyst**. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of **AT&T**. I further state that:

    a.   All records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of **AT&T** , and they were made by **AT&T** as a regular practice; and

    b.   Such records were generated by **AT&T's** electronic process or system that produces an accurate result, to wit:

        1.    The records were copied from electronic device(s), storage medium(s), or file(s) in the custody of **AT&T** in a manner to ensure that they are true duplicates of the original records; and

        2.    The process or system is regularly verified by **AT&T**, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

April 29, 2021

*Nicholas DeRoy*

---
Date

---
Signature



**OFFICE OF THE MEDICAL EXAMINER**

**Ponni Arunkumar, MD**

Chief Medical Examiner

2121 W. Harrison St ● Chicago, Illinois 60612 ● (312) 666-0500

**TONI PRECKWINKLE**
PRESIDENT
**Cook County Board
of Commissioners**

BRANDON JOHNSON
1st District

DENNIS DEER
2nd District

BILL LOWRY
3rd District

STANLEY MOORE
4th District

DEBORAH SIMS
5th District

DONNA MILLER
6th District

ALMA E. ANAYA
7th District

LUIS ARROYO, JR
8th District

PETER N. SILVESTRI
9th District

BRIDGET GAINER
10th District

JOHN P. DALEY
11th District

BRIDGET DEGNEN
12th District

LARRY SUFFREDIN
13th District

SCOTT R. BRITTON
14th District

KEVIN B. MORRISON
15th District

FRANK AGUILAR
16th District

SEAN M. MORRISON
17th District



# THIS STATEMENT AND MULTI-COLORED SEAL CERTIFY THE ENCLOSED/ATTACHED ARE TRUE AND ACCURATE COPIES

**ATTEST:** _Mary E. Marik, RHIA_

**MARY E. MARIK, RHIA**

**MANAGER, MEDICAL RECORDS**

$ Fiscal Responsibility 💡 Innovative Leadership ⬤ Transparency & Accountability ✅ Improved Services

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Sibusisiwe Dlangalala, certify:

1. I am employed by Facebook, Inc. ("Facebook"), headquartered in Menlo Park, California. I am a duly authorized custodian of records for Facebook and am qualified to certify Facebook's domestic records of regularly conducted activity.

2. I have reviewed the records produced by Facebook in this matter in response to the Search Warrant received on September 24, 2020. The records include search results for Basic Subscriber Information, IP Address Logs, Messages, Photos, Transactional Information, Videos, Other Content and records for the account with identifier 100028119213052.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Facebook in the course of regularly conducted activity as a regular practice of Facebook. The records were saved in electronic format after searching Facebook's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Facebook user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

*Sibusisiwe Dlangalala*

Sibusisiwe Dlangalala
Custodian of Records

Date: October 23, 2020

facebook

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Andrew Owens, certify:

1.  I am employed by Facebook, Inc. ("Facebook"), headquartered in Menlo Park, California. I am a duly authorized custodian of records for Facebook and am qualified to certify Facebook's domestic records of regularly conducted activity.

2.  I have reviewed the records produced by Facebook in this matter in response to the Search Warrant received on September 25, 2020. The records include search results for Basic Subscriber Information, IP Address Logs, Messages, Photos, Transactional Information, Videos, Other Content and records for the account with identifier 245060381.

3.  The records provided are an exact copy of the records that were made and kept by the automated systems of Facebook in the course of regularly conducted activity as a regular practice of Facebook. The records were saved in electronic format after searching Facebook's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Facebook user.

4.  I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Date: October 21, 2020

*Andrew Owens*

Andrew Owens
Custodian of Records

**facebook**

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Andrew Owens, certify:

1.  I am employed by Facebook, Inc. ("Facebook"), headquartered in Menlo Park, California. I am a duly authorized custodian of records for Facebook and am qualified to certify Facebook's domestic records of regularly conducted activity.

2.  I have reviewed the records produced by Facebook in this matter in response to the Search Warrant received on September 25, 2020. The records include search results for Basic Subscriber Information, IP Address Logs, Messages, Photos, Transactional Information, Videos, Other Content and records for the account with identifier 283097053.

3.  The records provided are an exact copy of the records that were made and kept by the automated systems of Facebook in the course of regularly conducted activity as a regular practice of Facebook. The records were saved in electronic format after searching Facebook's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Facebook user.

4.  I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

*Andrew Owens*

Andrew Owens
Custodian of Records

Date: October 21, 2020

**facebook**

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Sibusisiwe Dlangalala, certify:

1.  I am employed by Facebook, Inc. ("Facebook"), headquartered in Menlo Park, California. I am a duly authorized custodian of records for Facebook and am qualified to certify Facebook's domestic records of regularly conducted activity.

2.  I have reviewed the records produced by Facebook in this matter in response to the Search Warrant received on September 24, 2020. The records include search results for Basic Subscriber Information, IP Address Logs, Messages, Photos, Transactional Information, Videos, Other Content and records for the account with identifier 428657437260225.

3.  The records provided are an exact copy of the records that were made and kept by the automated systems of Facebook in the course of regularly conducted activity as a regular practice of Facebook. The records were saved in electronic format after searching Facebook's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Facebook user.

4.  I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.


*Sibusisiwe Dlangalala*                                     Date: October 23, 2020

Sibusisiwe Dlangalala
Custodian of Records

**facebook**

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Sibusisiwe Dlangalala, certify:

1.  I am employed by Facebook, Inc. ("Facebook"), headquartered in Menlo Park, California. I am a duly authorized custodian of records for Facebook and am qualified to certify Facebook's domestic records of regularly conducted activity.

2.  I have reviewed the records produced by Facebook in this matter in response to the Search Warrant received on September 24, 2020. The records include search results for Basic Subscriber Information, IP Address Logs, Messages, Photos, Transactional Information, Videos, Other Content and records for the account with identifier 100016723116080.

3.  The records provided are an exact copy of the records that were made and kept by the automated systems of Facebook in the course of regularly conducted activity as a regular practice of Facebook. The records were saved in electronic format after searching Facebook's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Facebook user.

4.  I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

*Sibusisiwe Dlangalala*

Sibusisiwe Dlangalala
Custodian of Records

Date: October 23, 2020

**facebook**

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Lesa Surber, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta in this matter in response to the Subpoena received on January 10, 2023. The records include search results for Basic Subscriber Information, IP Address Logs and records for the account with identifier 9388213724.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Date: January 26, 2023

Lesa Surber
Custodian of Records

**Meta**

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Mayda De La Fuente, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta in this matter in response to the Subpoena received on September 13, 2021. The records include search results for Basic Subscriber Information and records for the account with identifier 3132072660.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Date: March 13, 2023

*Mayda De La Fuente*

Mayda De La Fuente
Custodian of Records

**Meta**

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Mayda De La Fuente, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta in this matter in response to the Subpoena received on September 13, 2021. The records include search results for Basic Subscriber Information and records for the account with identifier 307635593.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Date: March 13, 2023

*Mayda De La Fuente*

Mayda De La Fuente
Custodian of Records

**Meta**

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Mayda De La Fuente, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta in this matter in response to the Subpoena received on September 13, 2021. The records include search results for Basic Subscriber Information and records for the account with identifier 40716573063.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.


*Mayda De La Fuente*
Mayda De La Fuente
Custodian of Records

Date: March 13, 2023

**Meta**

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Mayda De La Fuente, certify:

1.  I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2.  I have reviewed the records produced by Meta in this matter in response to the Subpoena received on September 13, 2021. The records include search results for Basic Subscriber Information and records for the account with identifier 283097053.

3.  The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4.  I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Date: March 13, 2023

*Mayda De La Fuente*

Mayda De La Fuente
Custodian of Records

**Meta**

FBIGJ_005-000070

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Mayda De La Fuente, certify:

1.  I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2.  I have reviewed the records produced by Meta in this matter in response to the Subpoena received on September 13, 2021. The records include search results for Basic Subscriber Information and records for the account with identifier 3132072660.

3.  The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4.  I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.


*Mayda De La Fuente*

Mayda De La Fuente
Custodian of Records

Date: March 13, 2023

**Meta**

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Mayda De La Fuente, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta in this matter in response to the Subpoena received on September 13, 2021. The records include search results for Basic Subscriber Information and records for the account with identifier 307635593.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Date: March 13, 2023

*Mayda De La Fuente*

Mayda De La Fuente
Custodian of Records

**Meta**

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Mayda De La Fuente, certify:

1.  I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2.  I have reviewed the records produced by Meta in this matter in response to the Subpoena received on September 13, 2021. The records include search results for Basic Subscriber Information and records for the account with identifier 40716573063.

3.  The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4.  I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.


*Mayda De La Fuente*                          Date: March 13, 2023

Mayda De La Fuente
Custodian of Records

**Meta**

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Mayda De La Fuente, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta in this matter in response to the Subpoena received on September 13, 2021. The records include search results for Basic Subscriber Information and records for the account with identifier 283097053.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

*Mayda De La Fuente*

Date: March 13, 2023

Mayda De La Fuente
Custodian of Records

**Meta**

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Lucie Vratilova, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta in this matter in response to the Subpoena received on March 29, 2023. The records include search results for Basic Subscriber Information, IP Address Logs and records for the account with identifier 1440527158.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Date: April 11, 2023

*Lucie Vratilova*

Lucie Vratilova
Custodian of Records

**Meta**

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Lucie Vratilova, certify:

1.  I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2.  I have reviewed the records produced by Meta in this matter in response to the Subpoena received on March 29, 2023. The records include search results for Basic Subscriber Information, IP Address Logs and records for the account with identifier 100035982789355.

3.  The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4.  I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Date: April 11, 2023

*Lucie Vratilova*

Lucie Vratilova
Custodian of Records

**Meta**

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Yiana Dimmitt, certify:

1.  I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2.  I have reviewed the records produced by Meta in this matter in response to the Subpoena received on March 30, 2023. The records include search results for Basic Subscriber Information, IP Address Logs and records for the account with identifier 275823384.

3.  The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4.  I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.


*Yiana Dimmitt*
Yiana Dimmitt
Custodian of Records

Date: April 4, 2023

**Meta**

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Ryan Spector, certify:

1.  I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2.  I have reviewed the records produced by Meta in this matter in response to the Subpoena received on March 9, 2021. The records include search results for Basic Subscriber Information and records for the account with identifier 492480601.

3.  The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4.  I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Date: March 31, 2023

*Ryan Spector*

Ryan Spector
Custodian of Records

**Meta**

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Ryan Spector, certify:

1.  I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2.  I have reviewed the records produced by Meta in this matter in response to the Subpoena received on March 9, 2021. The records include search results for Basic Subscriber Information and records for the account with identifier 40716573063.

3.  The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4.  I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Date: March 31, 2023

*Ryan Spector*

Ryan Spector
Custodian of Records

**Meta**

FBIGJ_006-000207

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Ryan Spector, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta in this matter in response to the Subpoena received on March 9, 2021. The records include search results for Basic Subscriber Information and records for the account with identifier 100000726511084.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Date: March 31, 2023

*Ryan Spector*

Ryan Spector
Custodian of Records

**Meta**

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Ryan Spector, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta in this matter in response to the Subpoena received on March 9, 2021. The records include search results for Basic Subscriber Information and records for the account with identifier 305165097.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Date: March 31, 2023

*Ryan Spector*

Ryan Spector
Custodian of Records

**Meta**

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Ryan Spector, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta in this matter in response to the Subpoena received on March 9, 2021. The records include search results for Basic Subscriber Information and records for the account with identifier 40689092115.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Date: March 31, 2023

*Ryan Spector*

Ryan Spector
Custodian of Records

**Meta**

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Ryan Spector, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta in this matter in response to the Subpoena received on March 9, 2021. The records include search results for Basic Subscriber Information and records for the account with identifier 905446702.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Date: March 31, 2023

*Ryan Spector*

Ryan Spector
Custodian of Records

**Meta**

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Ryan Spector, certify:

1.  I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter "Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2.  I have reviewed the records produced by Meta in this matter in response to the Subpoena received on March 9, 2021. The records include search results for Basic Subscriber Information and records for the account with identifier 3132072660.

3.  The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4.  I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Date: March 31, 2023

*Ryan Spector*
Ryan Spector
Custodian of Records

**Meta**

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Ryan Spector, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta in this matter in response to the Subpoena received on March 9, 2021. The records include search results for Basic Subscriber Information and records for the account with identifier 100052378882545.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Date: March 31, 2023

*Ryan Spector*

Ryan Spector
Custodian of Records

**Meta**

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Ryan Spector, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta in this matter in response to the Subpoena received on March 9, 2021. The records include search results for Basic Subscriber Information and records for the account with identifier 236562805.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Date: March 31, 2023

*Ryan Spector*

Ryan Spector
Custodian of Records

**Meta**

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Ryan Spector, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta in this matter in response to the Subpoena received on March 9, 2021. The records include search results for Basic Subscriber Information and records for the account with identifier 100013299698450.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Date: March 31, 2023

*Ryan Spector*

Ryan Spector
Custodian of Records

**Meta**

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Ryan Spector, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta in this matter in response to the Subpoena received on March 9, 2021. The records include search results for Basic Subscriber Information and records for the account with identifier 100051946504407.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Date: March 31, 2023

*Ryan Spector*

Ryan Spector
Custodian of Records

**Meta**

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Ryan Spector, certify:

1.  I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2.  I have reviewed the records produced by Meta in this matter in response to the Subpoena received on March 9, 2021. The records include search results for Basic Subscriber Information and records for the account with identifier 100005694420110.

3.  The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4.  I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.


Date: March 31, 2023

*Ryan Spector*

Ryan Spector
Custodian of Records

**Meta**

FBIGJ_006-000217

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Ryan Spector, certify:

1. I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2. I have reviewed the records produced by Meta in this matter in response to the Subpoena received on March 9, 2021. The records include search results for Basic Subscriber Information and records for the account with identifier 307635593.

3. The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4. I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.

Date: March 31, 2023

*Ryan Spector*

Ryan Spector
Custodian of Records

**Meta**

# Certificate of Authenticity of Domestic Records of Regularly Conducted Activity

I, Ryan Spector, certify:

1.  I am a duly authorized custodian of records for Meta Platforms, Inc. (hereinafter"Meta" or the "Company"), headquartered in Menlo Park, California and am qualified to certify Meta domestic records of regularly conducted activity.

2.  I have reviewed the records produced by Meta in this matter in response to the Subpoena received on March 9, 2021. The records include search results for Basic Subscriber Information and records for the account with identifier 100010694358792.

3.  The records provided are an exact copy of the records that were made and kept by the automated systems of Meta in the course of regularly conducted activity as a regular practice of Meta. The records were saved in electronic format after searching Meta's automated systems in accordance with the above-specified legal process. The records were made at or near the time the information was transmitted by the Meta user.

4.  I declare under penalty of perjury that the foregoing certification is true and correct to the best of my knowledge.


Date: March 31, 2023

*Ryan Spector*

Ryan Spector
Custodian of Records

**Meta**