IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 21-CR-00618-2) |
| | ) | |
| | ) | |
| CHARLES LIGGINS, a/k/a | ) | |
| "C Murda", KENNETH ROBERSON, | ) | |
| a/k/a "Kenny" and "Kenny Mac" | ) | |
| TACARLOS OFFERD, a/k/a "Los," | ) | |
| CHRISTOPHER THOMAS, a/k/a | ) | |
| "C Thang," and | ) | |
| MARCUS SMART, a/k/a "Muwop" | ) | |

**<u>DEFENDANT'S PROPOSED QUESTIONNAIRE</u>**

1. What is your full name? _____

2. How old are you? _____

3. What is your race?_____

4. What is your gender?_____

5. Do you have any medical issues, mental health impairment, or physical problems (for example, sight, hearing, or back issues) that may affect your ability to understand the evidence or would make it difficult for you to sit for long periods? _____

_____

_____

6. Do you have children or stepchildren? If so, list their sex, age, where they reside, education level, and, if applicable, occupation. _____

_____

_____

7. Where do you live? _____

8. How long have you lived at your current address? Do you own or rent? _____

_____

9. In what other cities, towns, or areas have you lived during the past 10 years, and how long did you live in each? _____

_____

10. What is your marital status, or do you have a significant other? If yes, provide information regarding:

    (a) Spouse's/significant other's age; and

    (b) Spouse's/significant other's current employment status or former employment status? Please describe what they did or do for work.

_____

_____

_____

9. Who do you live with (not already listed), and other than minors, what is their occupation? _____

_____

10. Please tell us about your parents. Where do they live, and what is/are their occupation(s)? If they are no longer alive, where did they live, and what did they do? _____

_____

_____

2

11. What is the name of your current employer, your job title, and job description? If you are no longer employed, who was your last employer, and what was your job title and job description? Follow ups:

        (a)        How many years have you worked at your current/last job?

        (b)        Please briefly describe what you do on the job on a typical workday.

        (c)        Do/did you have management or supervisory duties?

        (d)        Do/did you have authority to hire and fire employees?

        (e)        Will you be paid by your employer during jury service?

_____

_____

_____

_____

_____

12. Where else have you worked during the last ten (10) years? _____

_____

_____

_____

13. Have you or anyone close to you ever worked for any government agency? If so, please tell us about the agency or organization involved and the nature of the employment. _____

_____

14. Have you or anyone close to you ever owned a business? If yes, briefly describe

the type and size of the business. _____

_____

15. Have you or anyone close to you ever been employed in or had any training or education in any aspect of the legal field? If yes, please explain. _____

_____

16. Have you ever hired or consulted with a lawyer for any reason? If yes, please describe. _____

_____

_____

17. Do you have dealings with attorneys in the normal course of your work? If yes, please explain. _____

_____

18. What is your highest level of education? What have you studied? _____

_____

19. Describe any special training or skills. _____

_____

20. Have you or any immediate members of your family ever served in any branch of the armed forces of the United States (including military reserve or ROTC)? If yes, please explain.

_____

_____

21. Have you or anyone close to you received training, education, or worked in law enforcement or the legal field? If so, please describe. _____

_____

_____

22. What are your primary leisure activities, hobbies, and interests? _____

_____

_____

23. Which, if any, charitable, civic, social, union, professional, fraternal, political, recreational, or religious organizations do you and/or your significant other volunteer for, belong to, participate in, donate money/time/service, or hold office in? _____

_____

24. Do you follow news on a regular basis? _____

25. What is the most important source of news for you? _____

    26. Do you watch a cable news station(s)? Which one(s)?

_____

27. Which newspapers do you read regularly, including both local and national papers?

_____

28. Do you follow any internet news sources? Which ones? _____

29. Which television, cable, or streaming programs do you prefer?

_____

30. Which magazines, hard copy or online, do you read regularly?

_____

31. Which radio stations, AM, FM or streaming, do you listen to on a regular basis?

_____

32. Have you or anyone close to you ever been arrested, charged with, or convicted of a crime? If so, please explain. _____

5

_____

_____

33. Have you or anyone close to you ever appeared as a witness before any federal, state or district court, grand jury, or government body or agency (including any legislative committee)? If yes, please explain. _____

_____

34. Have you or anyone close to you sued or been sued by anyone? Please explain.

_____

_____

35. Have you or anyone close to you ever been asked to testify in court as an expert witness, or as a witness with special knowledge or training? _____

36. Have you or anyone close to you made or brought any claims or lawsuits against any federal, state, district, or local government agency, or have any claims or lawsuits ever been made by any federal, state, district, or local official or government agency against you or anyone close to you? If yes, please explain. _____

_____

_____

37. Have you or anyone close to you ever applied or considered applying to any law enforcement agency, or had any training, courses, or work experience in law enforcement criminal justice/administration of justice? Please explain. _____

_____

38. Do you feel that you might give more weight to the testimony of law enforcement agents compared to that of civilian witnesses? Please explain why or why not.

39. Have you ever had any experience with members of a street gang? If so, please explain what happened.

_____

40. Have you ever served as a juror before? If yes, please tell us whether it was in a civil or criminal matter. Were you the foreperson? _____

_____

41. Have you ever served on a grand jury? _____

42. How did you feel about your service as a juror? _____

_____

_____

43. Was there anything about your experience as a juror that would make you want to serve again or not want to serve again? Please explain. _____

_____

_____

Is there anything that you have heard or read about this case? If so, what?
_____

44. Under the United States Constitution, a person accused of a crime does not have to testify in his defense or present any witnesses, and his or its silence may not be used against him. How do you feel about that? _____

_____

_____

7

45. Do you have personal, religious, philosophical, or other beliefs that would make it difficult for you to sit in judgment of another? If yes, please explain. _____

_____

_____

46. Is there any matter not covered by this questionnaire that you think the attorneys or the Court might want to know about you when considering you as a juror in this case? If yes, please explain. _____

_____

_____

                Respectfully submitted,

                **Kenneth Roberson,** Defendant

      By:    *s/ Steven A. Greenberg*
                One of His Attorneys

**Steven A. Greenberg**
**GREENBERG TRIAL LAWYERS**
**53 W. Jackson Blvd., Suite 315**
**Chicago, IL 60604**
**(312) 879-9500**
*Steve@GreenbergCD.com*

**Cheryl T. Bormann**
**Law Offices of Cheryl Bormann**
**53 W. Jackson Blvd., Suite 315**
**Chicago, IL  60604**
**(312) 588-5011**
*Cheryl.T.Bormann@gmail.com*