IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 21-CR-00618-2 |
| | ) |
| CHARLES LIGGINS, a/k/a | ) |
| "C Murda", KENNETH ROBERSON, | ) |
| a/k/a "Kenny" and "Kenny Mac" | ) |
| TACARLOS OFFERD, a/k/a "Los," | ) |
| CHRISTOPHER THOMAS, a/k/a | ) |
| "C Thang," and | ) |
| MARCUS SMART, a/k/a "Muwop" | ) |

### DECLARATION OF ALETA WILLIAMS

I, Aleta Williams, being first duly sworn under oath depose and declare that the following is true and correct, made upon my personal knowledge, and I am competent to testify thereto:

1. I am a member of the press who has been covering in the above-captioned case.

2. I have a YouTube channel which is called "Mickey Truth." I also have an Instagram presence under the same name.

3. I primarily report upon cases which are of interest to urban communities. Most recently I have been reporting upon this case.

4. To accurately report upon the case, I have regularly attended court proceedings, paid my own way to travel here and for lodging and for other expenses. I am doing so because I would like to succeed in my attempt to become a reliable source for members of communities interested in these types of cases.

5. Lashena Weekly is the mother of FBG Duck. I know her because she has appeared on my YouTube channel with me. When I have attended the court proceedings, I have spoken with Lashena Weekly. She observes the court proceedings along with others, including an individual named "Prince," whose real name is Maurice Greer. Prince claims to be the manager for FBG Butta. My interactions with Ms. Weekley and Mr. Greer have been polite, pleasant, and cordial.

6. Shortly after Ms. Weekley appeared on my show, Rosalyn Wilton began to follow my social media presence. She is the mother of Rakeem Wilton, aka FBG Butta.

7.      On November 14, 2023, I sent a message to Rosalyn Wilton. In my message, I told her about my history, my interest in covering Chicago and events there, and invited her to speak with me and "give a different angle from the drama." I ended my text message with "respectfully, Micky Truth."

8.      A short time later, I received a reply to my text message "Good morning (emoji) I'm on my way to work now I give you a call." Ms. Wilton included a photo of herself from what appeared to be her own YouTube channel. I have never posted that photo. I did not receive a call.

9.      A couple of weeks later, on Monday, November 27, 2023, I again reached out to Ms. Wilton, via Instagram message. I told her that I hoped she had had a nice Thanksgiving and again asked her to reach out to me. I did not receive a call. A copy of my digital interactions with Ms. Wilton are attached as Ex. A.

10.     FBG Butta testified on December 6, 2023. That night, I appeared on my YouTube channel and described what I had observed in court that day. My YouTube presentation about FBG Butta's testimony can be found here. https://www.youtube.com/watch?v=E_GbqWdN03o.  During my presentation, I stated that the witness mother had been compensated for relocation. This information was provided to me by Prince during the court proceedings, earlier that day.

11.     Rosylyn Wilton contacted me the morning after my video was posted and advised me that no one in her family had been paid to testify. I then uploaded a second video, explaining I had received incorrect information, according to FBG Butta mom. https://www.youtube.com/watch?v=RWfE4eS24vE&t=3s. After posting the video I went to the Dirksen Federal Building to observe the proceedings.

12.     On December 6, 2023, I had also appeared on another YouTube channel, 16Shotemvisualz, providing details from my experience during that day court proceedings. A link to that appearance is here. https://youtu.be/6fJ2ZcH8H94?si=O5lbb3i5BjVp2aah.

13.     Rakeem Wilton, aka FBG Butta, also appeared on 16Shotemvisualz YouTube channel on the evening of December 6. https://www.youtube.com/watch?v=rFmRhFHJhpE.  He appeared on video during his testimony, telling the interviewer that government agents were outside the room he was in while he was being interviewed, while clearly smoking cannabis. He was upset about things he said I reported incorrectly. However, 16shotemvisualz confirmed to him that I said exactly what he was saying. A link to that portion of the interview is here. https://www.youtube.com/watch?v=hIdvzhDO5-s.

14.     On the morning of December 7, 2023, I arrived at court to continue my coverage of this case. While sitting in the courtroom, I was approached by federal law enforcement, and told that I could not remain in the courtroom. I was taken away from the courtroom to a different floor of the Dirksen Federal Building and told that FBG Butta had made threats against me.  The agents told me they were concerned for my safety and could not protect me if I remained in the courtroom. The agent asked if I was a blogger and if I had prior history with the witness. I told him I had never spoken directly with the witness but have covered him regarding this case. Although I was told that I could listen to the proceedings from an overflow courtroom, I was also cautioned that "these are dangerous people" and encouraged to leave the building. In fear for my own safety, I returned to my out-of-state home. The agents did not ask me about whether I had posted any photos or "doxed" anyone.[1]

---

[1] Doxxing means to "cyberbully."

15. I was not given the option of remaining in the courtroom where the witness was to testify.

16. I did not reach out to Rakeem Wilton or his mother to set up an interview.

17. I have never violated any rule of the court.

18. I have never posted a photo, anywhere, of Rosalyn Wilton.

I declare under penalty of perjury that the foregoing is true and correct.

Declarant,

*Aleta Williams*<br>ALETA WILLIAMS

December 11, 2023