**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

UNITED STATES OF AMERICA

                             Plaintiff,

v.                                      Case No.: 1:21–cr–00618

                                      Honorable Martha M. Pacold

Charles Liggins, et al.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 6, 2026:

      MINUTE entry before the Honorable Martha M. Pacold as to Charles Liggins, Kenneth Roberson, Tacarlos Offerd, Christopher Thomas, Marcus Smart, Ralph Turpin: Telephone status hearing held on 5/6/2026. The parties report that the trial exhibits referenced in [630] have been uploaded to the court's box.com folder. As stated on the record, no further materials (such as the FBI 302 reports referenced in [630]) need be provided. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.